UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Docket No. 3:07-CR-0173-4

UNITED STATES OF AMERICA

    v.

CARLA GRIFFIN

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record. I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the Defendant listed above.

Respectfully submitted this 10th day of August, 2012.

    s/Ross Hall Richardson
    First Assistant Federal Defender
    Federal Defenders of Western North Carolina, Inc.
    129 West Trade Street, Suite 300
    Charlotte, NC 28202
    (704) 374-0720 Voice
    (704) 374-0722 Fax
    Ross_Richardson@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this **Appearance of Counsel** via electronic filing on Amy Ray, Assistant U.S. Attorney at Amy.Ray@usdoj.gov and all others to be notified thereto.

    s/Ross Hall Richardson
    First Assistant Federal Defender
    Federal Defenders of Western North Carolina, Inc.
    129 West Trade Street, Suite 300
    Charlotte, NC 28202
    (704) 374-0720 Voice
    (704) 374-0722 Fax
    Ross_Richardson@fd.org